Richard A. Lafont
FREEDMAN NORMAND FRIEDLAND LLP
155 E. 44th St., Suite 915
New York, NY 10017
(646) 350-0527
Email: rlafont@fnf.law

*Attorneys for Defendants, RABBI ARYEH LEIB BENSINGER, RABBI MARK ROSENBERG, and DAVID KATZ*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MOSHE ZEINES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RABBI YAAKOV BLEJER, RABBI ARYEH LEIB BENSINGER, RABBI MARK ROSENBERG, and DAVID KATZ a/k/a DOV KATZ a/k/a DOVIE KATZ,<br><br>　　　　　Defendants. | Civil Action No. 2:25-CV-13335-JXN-LDW<br><br>**NOTICE OF MOTION**<br>**TO DISMISS COMPLAINT**<br><br>**Motion Return Date:**<br>**December 1, 2025** |

　　　　TAKE NOTICE that upon the accompanying Memorandum of Law, the pleadings and proceedings previously had herein, Defendants will move before the Honorable Julien Xavier Neals, United States District Judge, Martin Luther King Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for an Order: (i) dismissing the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

　　　　TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 7.1(d)(1) of the Local Rules of the United States District Court for the District of New Jersey, any opposition papers must be served and filed at least fourteen days prior to the motion day.

Dated: October 28, 2025

**FREEDMAN NORMAND FRIEDLAND LLP**

*By:* /s/ *Richard A. Lafont*
Richard A. Lafont
155 E. 44th St., Suite 915
New York, NY 10017
(646) 350-0527
Email: rlafont@fnf.law

*Attorneys for Defendants, RABBI ARYEH LEIB BENSINGER, RABBI MARK ROSENBERG, and DAVID KATZ*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2025 I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                                 */s/ Richard A. Lafont*
                                                 Richard A. Lafont